# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| STEVEN KWON, | Case No. CV 19-09876-SVW (DFM) |
| Plaintiff, | ORDER ACCEPTING REPORT |
| v. | AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| J. GASTELO et al., |  |
| Defendants. |  |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED as to Plaintiff's sexual assault claim against Dr. Griffin, which is dismissed with prejudice. The Motion is DENIED in all other respects.

Date: February 1, 2022

STEPHEN V. WILSON
United States District Judge