# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN KWON, <br><br> Plaintiff, <br><br> v. <br><br> J. GASTELO, et al., <br><br> Defendants. | Case No. CV 19-09876-SVW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion for Summary Judgment (Dkt. 86) is granted and this action is dismissed with prejudice.

Date: November 15, 2023

_____
STEPHEN V. WILSON
United States District Judge